## 16899. LONG *v.* THE STATE.

BLOODWORTH, J. The motion for a new trial in this case contains the general grounds only. There is sufficient evidence to support the verdict, which is approved by the trial judge, and the judgment is

           *Affirmed. Broyles, C. J., and Luke, J., concur.*

           DECIDED JANUARY 12, 1926.

Indictment for burglary; from Troup superior court—Judge Roop. September 19, 1925.

*Henry Reeves,* for plaintiff in error.

*W. Y. Atkinson, solicitor-general,* contra.

---

## 16902. CONNER *v.* CITIZENS BANK.

BLOODWORTH, J. 1. In the absence of a proper and timely written request as provided by section 6084 of the Civil Code of 1910, and in view of the entire charge, a new trial is not required because of the failure of the court to instruct the jury more fully on circumstantial evidence.

2. There is no such material error in any of the excerpts from the charge, of which complaint is made, as to require the grant of a new trial.

3. Even should it be conceded that the defendant should have been allowed to testify that since a certain time in his life it was his fixed habit not to sign notes as security, exclusion of such testimony does not require the grant of a new trial, as the defendant swore positively, when the note sued on was exhibited to him, "I did not sign it, nor did I authorize anyone to sign it for me, and I had nothing to do with the execution of that note."

4. The jury, the final arbiters on questions of fact, decided this case in favor of the plaintiff, and this court will not say that there was no evidence authorizing their finding.

           *Judgment affirmed. Broyles, C. J., and Luke, J., concur.*

           DECIDED JANUARY 12, 1926.

Complaint; from Hall superior court—Judge J. B. Jones. September 26, 1925.

*J. G. Collins,* for plaintiff in error.

*Davie & Reid,* contra.